UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERTO RODRIGUEZ,  21 CV 01386 (RWL)

                Plaintiff,

-against-

MOUNT SINAI WEST, MOUNT SINAI
MORNINGSIDE, formerly known as
MOUNT SINAI ST. LUKE'S AND ROOSEVELT,
THE MOUNT SINAI HOSPITAL, and MOUNT
SINAI HOSPITALS GROUP, INC.,

                Defendants.
-----------------------------------------------------------------X

## JOINT MOTION FOR SETTLEMENT APPROVAL OF A FAIR LABOR STANDARDS ACT CASE

Plaintiff and Defendants, by and through their counsel of record, move this Honorable Court for an Order:

1. Approving the settlement of this action; and
2. Dismissing this action with prejudice.

This motion is based on the accompanying Memorandum of Law in Support, the Settlement Agreement, and Plaintiff's Estimated Calculation of Damages.

Dated: Massapequa, New York
      July 12, 2022

                                        Respectfully submitted,

                                        Neil H. Greenberg & Associates, P.C.

                                        By: Justin M. Reilly, Esq.
                                        *Attorneys for the Plaintiff*
                                        4242 Merrick Road
                                        Massapequa, New York 11758

Tel: 516.228.5100
justin@nhglaw.com


Ackerman LLP

By: */s/ Jeffrey Kimmel*
Jeffrey Kimmel, Esq.
*Attorneys for the Defendants*
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Tel: 212.880.3800
Jeffrey.kimmel@akerman.com