**FOR SETTLEMENT PURPOSES ONLY**
**ESTIMATED CALCULATION OF DAMAGES**
**ROBERTO RODRIGUEZ**

| Year | Period Start Date | Period End Date | Number of Hours Worked Per Period (Time Records not Produced Prior to 10/29/17) | Overtime Hours (OTH) ((Prior to 10/29/17, based on 'Straight Time' Pay as indicated in Pay Records less 2.5 hours per week*) (Post 10/28/17, Hrs Worked - 40 Hrs) | Regular Rate (RR) (Hourly Rate) | Overtime Rate (OTR) (RR x 1.5) | Difference b/w OTR and RR | Total Overtime Comp Owed (OT Hrs x Diff) |
|---|---|---|---|---|---|---|---|---|
| | | | | **FLSA/NYLL OVERTIME COMPENSATION OWED** | | | | |
| 2015 | 2/8/2015 | 2/14/2015 | - | 31.25 | $ 26.337 | $ 39.51 | $ 13.17 | $ 411.56 |
| | 2/15/2015 | 2/21/2015 | - | 31.25 | $ 26.337 | $ 39.51 | $ 13.17 | $ 411.56 |
| | 2/22/2015 | 2/28/2015 | - | 20.00 | $ 26.337 | $ 39.51 | $ 13.17 | $ 263.40 |
| | 3/1/2015 | 3/7/2015 | - | 20.00 | $ 26.337 | $ 39.51 | $ 13.17 | $ 263.40 |
| | 3/8/2015 | 3/14/2015 | - | 10.00 | $ 26.337 | $ 39.51 | $ 13.17 | $ 131.70 |
| | 3/15/2015 | 3/21/2015 | - | 10.00 | $ 26.337 | $ 39.51 | $ 13.17 | $ 131.70 |
| | 3/22/2015 | 3/28/2015 | - | 35.25 | $ 26.337 | $ 39.51 | $ 13.17 | $ 464.24 |
| | 3/29/2015 | 4/4/2015 | - | 35.25 | $ 26.337 | $ 39.51 | $ 13.17 | $ 464.24 |
| | 4/5/2015 | 4/11/2015 | - | 35.00 | $ 26.337 | $ 39.51 | $ 13.17 | $ 460.95 |
| | 4/12/2015 | 4/18/2015 | - | 35.00 | $ 26.337 | $ 39.51 | $ 13.17 | $ 460.95 |
| | 4/19/2015 | 4/25/2015 | - | 21.75 | $ 26.337 | $ 39.51 | $ 13.17 | $ 286.45 |
| | 4/26/2015 | 5/2/2015 | - | 21.75 | $ 26.337 | $ 39.51 | $ 13.17 | $ 286.45 |
| | 5/3/2015 | 5/9/2015 | - | 35.00 | $ 26.337 | $ 39.51 | $ 13.17 | $ 460.95 |
| | 5/10/2015 | 5/16/2015 | - | 35.00 | $ 26.337 | $ 39.51 | $ 13.17 | $ 460.95 |
| | 5/17/2015 | 5/23/2015 | - | 20.00 | $ 26.337 | $ 39.51 | $ 13.17 | $ 263.40 |
| | 5/24/2015 | 5/30/2015 | - | 20.00 | $ 26.337 | $ 39.51 | $ 13.17 | $ 263.40 |
| | 5/31/2015 | 6/6/2015 | - | 12.50 | $ 26.337 | $ 39.51 | $ 13.17 | $ 164.63 |
| | 6/7/2015 | 6/13/2015 | - | 12.50 | $ 26.337 | $ 39.51 | $ 13.17 | $ 164.63 |
| | 6/14/2015 | 6/20/2015 | - | 16.25 | $ 26.337 | $ 39.51 | $ 13.17 | $ 214.01 |
| | 6/21/2015 | 6/27/2015 | - | 16.25 | $ 26.337 | $ 39.51 | $ 13.17 | $ 214.01 |
| | 6/28/2015 | 7/4/2015 | - | 17.75 | $ 26.337 | $ 39.51 | $ 13.17 | $ 233.77 |
| | 7/5/2015 | 7/11/2015 | - | 17.75 | $ 26.337 | $ 39.51 | $ 13.17 | $ 233.77 |
| | 7/12/2015 | 7/18/2015 | - | 12.50 | $ 26.337 | $ 39.51 | $ 13.17 | $ 164.63 |
| | 7/19/2015 | 7/25/2015 | - | 12.50 | $ 26.337 | $ 39.51 | $ 13.17 | $ 164.63 |
| | 7/26/2015 | 8/1/2015 | - | 19.25 | $ 26.337 | $ 39.51 | $ 13.17 | $ 253.52 |
| | 8/2/2015 | 8/8/2015 | - | 19.25 | $ 26.337 | $ 39.51 | $ 13.17 | $ 253.52 |
| | 8/9/2015 | 8/15/2015 | - | 7.00 | $ 26.337 | $ 39.51 | $ 13.17 | $ 92.19 |
| | 8/16/2015 | 8/22/2015 | - | 0.00 | $ 26.337 | $ 39.51 | $ 13.17 | $ - |
| | 8/23/2015 | 8/29/2015 | - | 0.00 | $ 26.337 | $ 39.51 | $ 13.17 | $ - |
| | 8/30/2015 | 9/5/2015 | - | 0.00 | $ 26.337 | $ 39.51 | $ 13.17 | $ - |
| | 9/6/2015 | 9/12/2015 | - | 14.75 | $ 26.337 | $ 39.51 | $ 13.17 | $ 194.26 |
| | 9/13/2015 | 9/19/2015 | - | 14.75 | $ 26.337 | $ 39.51 | $ 13.17 | $ 194.26 |

**This Calculation is Subject to Change During Conduction of Discovery in This Action**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **FOR SETTLEMENT PURPOSES ONLY** | | | | | | | | | | |
| | | **ESTIMATED CALCULATION OF DAMAGES** | | | | | | | | | | |
| | | **ROBERTO RODRIGUEZ** | | | | | | | | | | |
| | 9/20/2015 | 9/26/2015 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 9/27/2015 | 10/3/2015 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 10/4/2015 | 10/10/2015 | - | 8.75 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 115.24 |
| | 10/11/2015 | 10/17/2015 | - | 8.75 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 115.24 |
| | 10/18/2015 | 10/24/2015 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 10/25/2015 | 10/31/2015 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 11/1/2015 | 11/7/2015 | - | 18.50 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 243.65 |
| | 11/8/2015 | 11/14/2015 | - | 18.50 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 243.65 |
| | 11/15/2015 | 11/21/2015 | - | 35.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 460.95 |
| | 11/22/2015 | 11/28/2015 | - | 35.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 460.95 |
| | 11/29/2015 | 12/5/2015 | - | 12.50 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 164.63 |
| | 12/6/2015 | 12/12/2015 | - | 12.50 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 164.63 |
| | 12/13/2015 | 12/19/2015 | - | 20.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 263.40 |
| | 12/20/2015 | 12/26/2015 | - | 20.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 263.40 |
| | | | | | | | | | 2015 Overtime Compensation Owed: | | $ | 10,522.87 |
| **2016** | 12/27/2015 | 1/2/2016 | - | 7.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 92.19 |
| | 1/3/2016 | 1/9/2016 | - | 7.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 92.19 |
| | 1/10/2016 | 1/16/2016 | - | 8.75 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 115.24 |
| | 1/17/2016 | 1/23/2016 | - | 8.75 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 115.24 |
| | 1/24/2016 | 1/30/2016 | - | 5.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 65.85 |
| | 1/31/2016 | 2/6/2016 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 2/7/2016 | 2/13/2016 | - | 16.25 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 214.01 |
| | 2/14/2016 | 2/20/2016 | - | 16.25 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 214.01 |
| | 2/21/2016 | 2/27/2016 | - | 5.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 65.85 |
| | 2/28/2016 | 3/5/2016 | - | 5.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 65.85 |
| | 3/6/2016 | 3/12/2016 | - | 5.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 65.85 |
| | 3/13/2016 | 3/19/2016 | - | 5.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 65.85 |
| | 3/20/2016 | 3/26/2016 | - | 16.25 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 214.01 |
| | 3/27/2016 | 4/2/2016 | - | 16.25 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 214.01 |
| | 4/3/2016 | 4/9/2016 | - | 12.50 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 164.63 |
| | 4/10/2016 | 4/16/2016 | - | 12.50 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 164.63 |
| | 4/17/2016 | 4/23/2016 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 4/24/2016 | 4/30/2016 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 5/1/2016 | 5/7/2016 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 5/8/2016 | 5/14/2016 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 5/15/2016 | 5/21/2016 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 5/22/2016 | 5/28/2016 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 5/29/2016 | 6/4/2016 | - | 5.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 65.85 |

**This Calculation is Subject to Change During Conduction of Discovery in This Action**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **FOR SETTLEMENT PURPOSES ONLY** | | | | | | | | | |
| | | **ESTIMATED CALCULATION OF DAMAGES** | | | | | | | | | |
| | | **ROBERTO RODRIGUEZ** | | | | | | | | | |
| | 6/5/2016 | 6/11/2016 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 6/12/2016 | 6/18/2016 | - | 5.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 65.85 |
| | 6/19/2016 | 6/25/2016 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 6/26/2016 | 7/2/2016 | - | 8.75 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 115.24 |
| | 7/3/2016 | 7/9/2016 | - | 8.75 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 115.24 |
| | 7/10/2016 | 7/16/2016 | - | 6.50 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 85.61 |
| | 7/17/2016 | 7/23/2016 | - | 6.50 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 85.61 |
| | 7/24/2016 | 7/30/2016 | - | 8.75 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 115.24 |
| | 7/31/2016 | 8/6/2016 | - | 8.75 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 115.24 |
| | 8/7/2016 | 8/13/2016 | - | 8.75 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 115.24 |
| | 8/14/2016 | 8/20/2016 | - | 8.75 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 115.24 |
| | 8/21/2016 | 8/27/2016 | - | 5.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 65.85 |
| | 8/28/2016 | 9/3/2016 | - | 5.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 65.85 |
| | 9/4/2016 | 9/10/2016 | - | 5.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 65.85 |
| | 9/11/2016 | 9/17/2016 | - | 5.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 65.85 |
| | 9/18/2016 | 9/24/2016 | - | 8.50 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 111.95 |
| | 9/25/2016 | 10/1/2016 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 10/2/2016 | 10/8/2016 | - | 5.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 65.85 |
| | 10/9/2016 | 10/15/2016 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 10/16/2016 | 10/22/2016 | - | 5.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 65.85 |
| | 10/23/2016 | 10/29/2016 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 10/30/2016 | 11/5/2016 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 11/6/2016 | 11/12/2016 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 11/13/2016 | 11/19/2016 | - | 5.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 65.85 |
| | 11/20/2016 | 11/26/2016 | - | 5.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 65.85 |
| | 11/27/2016 | 12/3/2016 | - | 5.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 65.85 |
| | 12/4/2016 | 12/10/2016 | - | 0.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | - |
| | 12/11/2016 | 12/17/2016 | - | 5.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 65.85 |
| | 12/18/2016 | 12/24/2016 | - | 5.00 | $ | 26.337 | $ | 39.51 | $ | 13.17 | $ | 65.85 |
| | 12/25/2016 | 12/31/2016 | - | 0.50 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 6.78 |
| | | | | | | | | 2016 Overtime Compensation Owed: | | | $ | 3,766.85 |
| **2017** | 1/1/2017 | 1/7/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 1/8/2017 | 1/14/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 1/15/2017 | 1/21/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 1/22/2017 | 1/28/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 1/29/2017 | 2/4/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 2/5/2017 | 2/11/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 2/12/2017 | 2/18/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |

**This Calculation is Subject to Change During Conduction of Discovery in This Action**

**FOR SETTLEMENT PURPOSES ONLY**
**ESTIMATED CALCULATION OF DAMAGES**
**ROBERTO RODRIGUEZ**

| | Start | End | | Hours | | Rate | | 1.5x | | 0.5x | | Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2/19/2017 | 2/25/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 2/26/2017 | 3/4/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 3/5/2017 | 3/11/2017 | - | 1.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 13.56 |
| | 3/12/2017 | 3/18/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 3/19/2017 | 3/25/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 3/26/2017 | 4/1/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 4/2/2017 | 4/8/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 4/9/2017 | 4/15/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 4/16/2017 | 4/22/2017 | - | 5.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 67.80 |
| | 4/23/2017 | 4/29/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 4/30/2017 | 5/6/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 5/7/2017 | 5/13/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 5/14/2017 | 5/20/2017 | - | 5.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 67.80 |
| | 5/21/2017 | 5/27/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 5/28/2017 | 6/3/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 6/4/2017 | 6/10/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 6/11/2017 | 6/17/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 6/18/2017 | 6/24/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 6/25/2017 | 7/1/2017 | - | 8.50 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 115.26 |
| | 7/2/2017 | 7/8/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 7/9/2017 | 7/15/2017 | - | 4.50 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 61.02 |
| | 7/16/2017 | 7/22/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 7/23/2017 | 7/29/2017 | - | 4.50 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 61.02 |
| | 7/30/2017 | 8/5/2017 | - | 4.50 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 61.02 |
| | 8/6/2017 | 8/12/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 8/13/2017 | 8/19/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 8/20/2017 | 8/26/2017 | - | 7.50 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 101.70 |
| | 8/27/2017 | 9/2/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 9/3/2017 | 9/9/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 9/10/2017 | 9/16/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 9/17/2017 | 9/23/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 9/24/2017 | 9/30/2017 | - | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 10/1/2017 | 10/7/2017 | - | 12.50 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 169.50 |
| | 10/8/2017 | 10/14/2017 | - | 12.50 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 169.50 |
| | 10/15/2017 | 10/21/2017 | - | 4.50 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 61.02 |
| | 10/22/2017 | 10/28/2017 | - | 4.50 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 61.02 |
| | 10/29/2017 | 11/4/2017 | 36.33 | 0.00 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | - |
| | 11/5/2017 | 11/11/2017 | 43.12 | 3.12 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 42.31 |

**This Calculation is Subject to Change During Conduction of Discovery in This Action**

| | | | FOR SETTLEMENT PURPOSES ONLY | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ESTIMATED CALCULATION OF DAMAGES | | | | | | | |
| | | | ROBERTO RODRIGUEZ | | | | | | | |
| | 11/12/2017 | 11/18/2017 | 50.14 | 10.14 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 137.50 |
| | 11/19/2017 | 11/25/2017 | 41.02 | 1.02 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 13.83 |
| | 11/26/2017 | 12/2/2017 | 41.28 | 1.28 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 17.36 |
| | 12/3/2017 | 12/9/2017 | 70.48 | 30.48 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 413.31 |
| | 12/10/2017 | 12/16/2017 | 60.60 | 20.60 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 279.34 |
| | 12/17/2017 | 12/23/2017 | 49.38 | 9.38 | $ | 27.127 | $ | 40.69 | $ | 13.56 | $ | 127.19 |
| | 12/24/2017 | 12/30/2017 | 40.38 | 0.38 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 5.31 |
| | | | | | | | | 2017 Overtime Compensation Owed: | | $ | 2,046.37 |
| **2018** | 12/31/2017 | 1/6/2018 | 8.02 | 0.00 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | - |
| | 1/7/2018 | 1/13/2018 | 35.87 | 0.00 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | - |
| | 1/14/2018 | 1/20/2018 | 58.38 | 18.38 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 256.77 |
| | 1/21/2018 | 1/27/2018 | 40.92 | 0.92 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 12.85 |
| | 1/28/2018 | 2/3/2018 | 49.91 | 9.91 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 138.44 |
| | 2/4/2018 | 2/10/2018 | 42.78 | 2.78 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 38.84 |
| | 2/11/2018 | 2/17/2018 | 46.84 | 6.84 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 95.55 |
| | 2/18/2018 | 2/24/2018 | 44.95 | 4.95 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 69.15 |
| | 2/25/2018 | 3/3/2018 | 62.88 | 22.88 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 319.63 |
| | 3/4/2018 | 3/10/2018 | 40.78 | 0.78 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 10.90 |
| | 3/11/2018 | 3/17/2018 | 52.51 | 12.51 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 174.76 |
| | 3/18/2018 | 3/24/2018 | 41.73 | 1.73 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 24.17 |
| | 3/25/2018 | 3/31/2018 | 41.65 | 1.65 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 23.05 |
| | 4/1/2018 | 4/7/2018 | 33.92 | 0.00 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | - |
| | 4/8/2018 | 4/14/2018 | 25.08 | 0.00 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | - |
| | 4/15/2018 | 4/21/2018 | 52.79 | 12.79 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 178.68 |
| | 4/22/2018 | 4/28/2018 | 51.50 | 11.50 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 160.66 |
| | 4/29/2018 | 5/5/2018 | 51.98 | 11.98 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 167.36 |
| | 5/6/2018 | 5/12/2018 | 47.13 | 7.13 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 99.61 |
| | 5/13/2018 | 5/19/2018 | 35.12 | 0.00 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | - |
| | 5/20/2018 | 5/26/2018 | 44.27 | 4.27 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 59.65 |
| | 5/27/2018 | 6/2/2018 | 43.37 | 3.37 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 47.08 |
| | 6/3/2018 | 6/9/2018 | 46.14 | 6.14 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 85.78 |
| | 6/10/2018 | 6/16/2018 | 24.78 | 0.00 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | - |
| | 6/17/2018 | 6/23/2018 | 52.83 | 12.83 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 179.24 |
| | 6/24/2018 | 6/30/2018 | 49.38 | 9.38 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 131.04 |
| | 7/1/2018 | 7/7/2018 | 10.23 | 0.00 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | - |
| | 7/8/2018 | 7/14/2018 | 55.72 | 15.72 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 219.61 |
| | 7/15/2018 | 7/21/2018 | 55.09 | 15.09 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 210.81 |
| | 7/22/2018 | 7/28/2018 | 44.41 | 4.41 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 61.61 |

**This Calculation is Subject to Change During Conduction of Discovery in This Action**

|   | FOR SETTLEMENT PURPOSES ONLY<br>ESTIMATED CALCULATION OF DAMAGES<br>ROBERTO RODRIGUEZ | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 7/29/2018 | 8/4/2018 | 43.82 | 3.82 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 53.37 |
|  | 8/5/2018 | 8/11/2018 | 46.05 | 6.05 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 84.52 |
|  | 8/12/2018 | 8/18/2018 | 45.24 | 5.24 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 73.20 |
|  | 8/19/2018 | 8/25/2018 | 56.82 | 16.82 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 234.98 |
|  | 8/26/2018 | 9/1/2018 | 51.14 | 11.14 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 155.63 |
|  | 9/2/2018 | 9/8/2018 | 0.00 | 0.00 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | - |
|  | 9/9/2018 | 9/15/2018 | 37.40 | 0.00 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | - |
|  | 9/16/2018 | 9/22/2018 | 45.31 | 5.31 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 74.18 |
|  | 9/23/2018 | 9/29/2018 | 60.30 | 20.30 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 283.59 |
|  | 9/30/2018 | 10/6/2018 | 44.47 | 4.47 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 62.45 |
|  | 10/7/2018 | 10/13/2018 | 54.69 | 14.69 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 205.22 |
|  | 10/14/2018 | 10/20/2018 | 56.94 | 16.94 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 236.65 |
|  | 10/21/2018 | 10/27/2018 | 42.76 | 2.76 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 38.56 |
|  | 10/28/2018 | 11/3/2018 | 47.92 | 7.92 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 110.64 |
|  | 11/4/2018 | 11/10/2018 | 47.90 | 7.90 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 110.36 |
|  | 11/11/2018 | 11/17/2018 | 59.96 | 19.96 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 278.84 |
|  | 11/18/2018 | 11/24/2018 | 50.17 | 10.17 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 142.07 |
|  | 11/25/2018 | 12/1/2018 | 25.23 | 0.00 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | - |
|  | 12/2/2018 | 12/8/2018 | 61.91 | 21.91 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 306.08 |
|  | 12/9/2018 | 12/15/2018 | 53.96 | 13.96 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 195.02 |
|  | 12/16/2018 | 12/22/2018 | 56.74 | 16.74 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 233.86 |
|  | 12/23/2018 | 12/29/2018 | 48.34 | 8.34 | $ | 27.94 | $ | 41.91 | $ | 13.97 | $ | 116.51 |
|  |  |  |  |  |  |  |  | 2018 Overtime Compensation Owed: | | | $ | 5,760.97 |
| **2019** | 12/30/2018 | 1/5/2019 | 0.00 | 0.00 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | - |
|  | 1/6/2019 | 1/12/2019 | 44.31 | 4.31 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | 64.65 |
|  | 1/13/2019 | 1/19/2019 | 43.80 | 3.80 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | 57.00 |
|  | 1/20/2019 | 1/26/2019 | 46.34 | 6.34 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | 95.10 |
|  | 1/27/2019 | 2/2/2019 | 61.04 | 21.04 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | 315.60 |
|  | 2/3/2019 | 2/9/2019 | 40.67 | 0.67 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | 10.05 |
|  | 2/10/2019 | 2/16/2019 | 43.90 | 3.90 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | 58.50 |
|  | 2/17/2019 | 2/23/2019 | 40.90 | 0.90 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | 13.50 |
|  | 2/24/2019 | 3/2/2019 | 42.76 | 2.76 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | 41.40 |
|  | 3/3/2019 | 3/9/2019 | 24.03 | 0.00 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | - |
|  | 3/10/2019 | 3/16/2019 | 40.36 | 0.36 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | 5.40 |
|  | 3/17/2019 | 3/23/2019 | 0.00 | 0.00 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | - |
|  | 3/24/2019 | 3/30/2019 | 0.00 | 0.00 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | - |
|  | 3/31/2019 | 4/6/2019 | 24.03 | 0.00 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | - |
|  | 4/7/2019 | 4/13/2019 | 40.69 | 0.69 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | 10.35 |

**This Calculation is Subject to Change During Conduction of Discovery in This Action**

**FOR SETTLEMENT PURPOSES ONLY**
**ESTIMATED CALCULATION OF DAMAGES**
**ROBERTO RODRIGUEZ**

| Start | End | Hours | OT Hours | Rate | OT Rate | Half Rate | OT Owed |
|---|---|---|---|---|---|---|---|
| 4/14/2019 | 4/20/2019 | 40.24 | 0.24 | $ 30.00 | $ 45.00 | $ 15.00 | $ 3.60 |
| 4/21/2019 | 4/27/2019 | 40.31 | 0.31 | $ 30.00 | $ 45.00 | $ 15.00 | $ 4.65 |
| 4/28/2019 | 5/4/2019 | 32.32 | 0.00 | $ 30.00 | $ 45.00 | $ 15.00 | $ - |
| 5/5/2019 | 5/11/2019 | 8.18 | 0.00 | $ 30.00 | $ 45.00 | $ 15.00 | $ - |
| 5/12/2019 | 5/18/2019 | 48.68 | 8.68 | $ 30.00 | $ 45.00 | $ 15.00 | $ 130.20 |
| 5/19/2019 | 5/25/2019 | 41.75 | 1.75 | $ 30.00 | $ 45.00 | $ 15.00 | $ 26.25 |
| 5/26/2019 | 6/1/2019 | 32.77 | 0.00 | $ 30.00 | $ 45.00 | $ 15.00 | $ - |
| 6/2/2019 | 6/8/2019 | 40.62 | 0.62 | $ 30.00 | $ 45.00 | $ 15.00 | $ 9.30 |
| 6/9/2019 | 6/15/2019 | 32.38 | 0.00 | $ 30.00 | $ 45.00 | $ 15.00 | $ - |
| 6/16/2019 | 6/22/2019 | 33.52 | 0.00 | $ 30.00 | $ 45.00 | $ 15.00 | $ - |
| 6/23/2019 | 6/29/2019 | 36.64 | 0.00 | $ 30.00 | $ 45.00 | $ 15.00 | $ - |
| 6/30/2019 | 7/6/2019 | 29.16 | 0.00 | $ 30.00 | $ 45.00 | $ 15.00 | $ - |
| 7/7/2019 | 7/13/2019 | 8.15 | 0.00 | $ 30.00 | $ 45.00 | $ 15.00 | $ - |
| 7/14/2019 | 7/20/2019 | 48.82 | 8.82 | $ 30.00 | $ 45.00 | $ 15.00 | $ 132.30 |
| 7/21/2019 | 7/27/2019 | 37.70 | 0.00 | $ 30.00 | $ 45.00 | $ 15.00 | $ - |
| 7/28/2019 | 8/3/2019 | 41.71 | 1.71 | $ 30.00 | $ 45.00 | $ 15.00 | $ 25.65 |
| 8/4/2019 | 8/10/2019 | 41.19 | 1.19 | $ 30.00 | $ 45.00 | $ 15.00 | $ 17.85 |
| 8/11/2019 | 8/17/2019 | 24.24 | 0.00 | $ 30.00 | $ 45.00 | $ 15.00 | $ - |
| 8/18/2019 | 8/24/2019 | 42.40 | 2.40 | $ 30.00 | $ 45.00 | $ 15.00 | $ 36.00 |
| 8/25/2019 | 8/31/2019 | 0.00 | 0.00 | $ 30.00 | $ 45.00 | $ 15.00 | $ - |
| 9/1/2019 | 9/7/2019 | 42.12 | 2.12 | $ 30.00 | $ 45.00 | $ 15.00 | $ 31.80 |
| 9/8/2019 | 9/14/2019 | 42.82 | 2.82 | $ 30.00 | $ 45.00 | $ 15.00 | $ 42.30 |
| 9/15/2019 | 9/21/2019 | 36.53 | 0.00 | $ 30.00 | $ 45.00 | $ 15.00 | $ - |
| 9/22/2019 | 9/28/2019 | 43.47 | 3.47 | $ 30.00 | $ 45.00 | $ 15.00 | $ 52.05 |
| 9/29/2019 | 10/5/2019 | 45.66 | 5.66 | $ 30.00 | $ 45.00 | $ 15.00 | $ 84.90 |
| 10/6/2019 | 10/12/2019 | 46.39 | 6.39 | $ 30.00 | $ 45.00 | $ 15.00 | $ 95.85 |
| 10/13/2019 | 10/19/2019 | 50.89 | 10.89 | $ 30.00 | $ 45.00 | $ 15.00 | $ 163.35 |
| 10/20/2019 | 10/26/2019 | 50.61 | 10.61 | $ 30.00 | $ 45.00 | $ 15.00 | $ 159.15 |
| 10/27/2019 | 11/2/2019 | 45.00 | 5.00 | $ 30.00 | $ 45.00 | $ 15.00 | $ 75.00 |
| 11/3/2019 | 11/9/2019 | 53.01 | 13.01 | $ 30.00 | $ 45.00 | $ 15.00 | $ 195.15 |
| 11/10/2019 | 11/16/2019 | 45.97 | 5.97 | $ 30.00 | $ 45.00 | $ 15.00 | $ 89.55 |
| 11/17/2019 | 11/23/2019 | 39.73 | 0.00 | $ 30.00 | $ 45.00 | $ 15.00 | $ - |
| 11/24/2019 | 11/30/2019 | 36.40 | 0.00 | $ 30.00 | $ 45.00 | $ 15.00 | $ - |
| 12/1/2019 | 12/7/2019 | 50.60 | 10.60 | $ 30.00 | $ 45.00 | $ 15.00 | $ 159.00 |
| 12/8/2019 | 12/14/2019 | 46.48 | 6.48 | $ 30.00 | $ 45.00 | $ 15.00 | $ 97.20 |
| 12/15/2019 | 12/21/2019 | 46.27 | 6.27 | $ 30.00 | $ 45.00 | $ 15.00 | $ 94.05 |
| 12/22/2019 | 12/28/2019 | 45.47 | 5.47 | $ 30.00 | $ 45.00 | $ 15.00 | $ 82.05 |
| | | | | | | 2019 Overtime Compensation Owed: | $ 2,478.75 |

**This Calculation is Subject to Change During Conduction of Discovery in This Action**

| | | | FOR SETTLEMENT PURPOSES ONLY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ESTIMATED CALCULATION OF DAMAGES | | | | | | | | |
| | | | ROBERTO RODRIGUEZ | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2020** | 12/29/2019 | 1/4/2020 | 16.00 | 0.00 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | - |
| | 1/5/2020 | 1/11/2020 | 48.88 | 8.88 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | 133.20 |
| | 1/12/2020 | 1/18/2020 | 42.43 | 2.43 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | 36.45 |
| | 1/19/2020 | 1/25/2020 | 47.17 | 7.17 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | 107.55 |
| | 1/26/2020 | 2/1/2020 | 46.73 | 6.73 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | 100.95 |
| | 2/2/2020 | 2/8/2020 | 49.03 | 9.03 | $ | 30.00 | $ | 45.00 | $ | 15.00 | $ | 135.45 |
| | | | | | | | | 2020 Overtime Compensation Owed: | | | $ | 513.60 |
| | | | | | | | **TOTAL FLSA/NYLL OVERTIME OWED:** | | | | $ | **25,089.41** |

*Prior to 10/29/2017 - bi-weekly periods in which 'Straight Time' Pay is 11 hours or less presumes such hours were worked in a single week during the bi-weekly period

| NYLL 195(3) WAGE STATEMENT STATUTORY DAMAGES | | | | | | |
|---|---|---|---|---|---|---|
| Year | Period Start Date | Period End Date | Number of Weeks Worked | Mininum Number of Days Worked per Week (not applicable prior to Feb. 27, 2015) | Total Number of Work Days (Weeks Worked x Work Days per Week) (not applicable prior to Feb. 27, 2015) | NYLL 195(3) Notices Received | Statutory Penalties ($100.00 x No. of Weeks prior to Feb. 27, 2015) ($250.00 x No. of Days after Feb. 26, 2015) |
| 2015 | 2/8/2015 | 2/26/2015 | 2.71 | - | - | Inaccurate | $ 271.43 |
| 2015 | 2/27/2015 | 12/26/2015 | 43.29 | 5.00 | 216.43 | Inaccurate | $ 54,107.50 |
| 2016 | 12/27/2015 | 12/31/2016 | 53.00 | 5.00 | 265.00 | Inaccurate | $ 66,250.00 |
| 2017 | 1/1/2017 | 12/30/2017 | 52.00 | 5.00 | 260.00 | Inaccurate | $ 65,000.00 |
| 2018 | 12/31/2017 | 12/29/2018 | 52.00 | 5.00 | 260.00 | Inaccurate | $ 65,000.00 |
| 2019 | 12/30/2018 | 12/28/2019 | 52.00 | 5.00 | 260.00 | Inaccurate | $ 65,000.00 |
| 2020 | 12/29/2019 | 2/8/2020 | 6.00 | 5.00 | 30.00 | Inaccurate | $ 7,500.00 |
| | | | | | | Gross Total: | $ 323,128.93 |
| | | | | | **TOTAL NYLL 195(3) PENALTIES ($5,000 Statutory Maximum):** | | $ **5,000.00** |

**This Calculation is Subject to Change During Conduction of Discovery in This Action**

**FOR SETTLEMENT PURPOSES ONLY**
**ESTIMATED CALCULATION OF DAMAGES**
**ROBERTO RODRIGUEZ**

| CPLR INTEREST PURSUANT TO NY LAW | | | | | | |
|---|---|---|---|---|---|---|
| **NYLL Claims Period Start** | **NYLL Claims Period End** | **Approximate Mid-Point** | **Number of Years From Mid-Point to June 2, 2022** | **9% Interest Rate/ Year** | **NYLL Comp Owed** | **Total Interest Owed** (No. Years x 0.09 x NYLL Comp Owed) |
| **2/8/2015** | **2/8/2020** | 8/9/2017 | 4.82 | 0.09 | $ 25,089.41 | $ 10,875.74 |
| | | | | **TOTAL CPLR INTEREST OWED TO DATE:** | | $ 10,875.74 |

| NYLL LIQUIDATED DAMAGES | | | |
|---|---|---|---|
| **Year** | **NYLL Comp Owed** | **LD %** | **LD Per Year** |
| **2015** | $ 10,522.87 | 100% | $ 10,522.87 |
| **2016** | $ 3,766.85 | 100% | $ 3,766.85 |
| **2017** | $ 2,046.37 | 100% | $ 2,046.37 |
| **2018** | $ 5,760.97 | 100% | $ 5,760.97 |
| **2019** | $ 2,478.75 | 100% | $ 2,478.75 |
| **2020** | $ 513.60 | 100% | $ 513.60 |
| **TOTAL NYLL LIQUIDATED DAMAGES:** | | | $ 25,089.41 |

| | |
|---:|---|
| Total Overtime Compensation Owed: | $ 25,089.41 |
| Total Wage Statement Penalties: | $ 5,000.00 |
| Total Liquidated Damages Owed: | $ 25,089.41 |
| Total Interest Owed: | $ 10,875.74 |
| ***ESTIMATED TOTAL:** | $ 66,054.56 |
| *Plus reasonable attorneys' fees, costs and disbursements | |

**This Calculation is Subject to Change During Conduction of Discovery in This Action**