# Account QuickReport
## All Transactions

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **9500 · CLIENT EXPENSES** | | | | | | |
| **R9607 · Rodriguez, Roberto v. Mount Sin** | | | | | | |
| Check | 03/08/2021 | 1794 | Prompt Process LI l... | | 1101 · New Ex... | 260.00 |
| Check | 03/25/2021 | 1806 | American Express | | 1101 · New Ex... | 402.00 |
| Check | 05/20/2022 | 3189 | Bee Reporting Agen... | Steve Gonzalez | 1121 · New Bu... | 435.45 |
| Check | 05/20/2022 | 3189 | Bee Reporting Agen... | kenneth roma... | 1121 · New Bu... | 176.65 |
| Check | 05/20/2022 | 3189 | Bee Reporting Agen... | richard irrizary | 1121 · New Bu... | 428.20 |
| Check | 05/20/2022 | 3189 | Bee Reporting Agen... | erick dillon | 1121 · New Bu... | 186.60 |
| Total R9607 · Rodriguez, Roberto v. Mount Sin | | | | | | 1,888.90 |
| Total 9500 · CLIENT EXPENSES | | | | | | 1,888.90 |
| **TOTAL** | | | | | | **1,888.90** |